FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 20 2024

TAMMY H. DOWNS, CLERK
By: DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL ~~WESTERN~~ DIVISION

Case No. 4:24-CV-00708-JM

**DONNA BEY,**

**PLAINTIFF,**

**v.**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**

**DEFENDANT.**

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 83.5(d) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Eastern District of Arkansas, the undersigned respectfully moves for the admission *pro hac vice* of Selina Valdez, Esq. of the law firm of Marc Whitehead & Associates, 403 Heights Boulevard, Houston, TX, 77007, telephone number (713) 228-8888, selina@marcwhitehead.com, for purposes of appearance as co-counsel in the above-styled case only, and pursuant to Local Rule 83.5(d) of the CM/ECF Administrative Procedures, to permit Selina Valdez to receive electronic filings in this case, and in support thereof states as follows:

1. Selina Valdez, Esquire is not admitted to practice in the Eastern District of Arkansas and is a member in good standing of the Southern District of Texas. SEE REPORT FROM SC of Texas attached.

2. Movant, Daniel Webb, Esquire, 111 Center Street, Suite 1200, Little Rock, AR 72201, 501-372-2400, dwebblaw@att.net, is a member in good standing of the the Arkansas Bar and the United States District Court for the Eastern District of Arkansas and is authorized to file through the Courts electronic filing system. Movant consents to be designated as a member of the

Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

WHEREFORE, Daniel Webb, moves this Court to enter an Order Granting Selina Valdez to appear before this Court on behalf of Donna Bey, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Selina Valdez.

Dated: Little Rock, AR
August 20, 2024

Respectfully submitted,

By: ______________________________

Daniel Webb, Esq.
ABN 2000113
Email: dwebblaw@att.net
111 Center Street
Suite 1200
Little Rock, AR 72201
Telephone: (501) 372-2400
ATTORNEY FOR PLAINTIFF,
DONNA BEY

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Selina Renae Valdez**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of December, 2020.

I further certify that the records of this office show that, as of this date

**Selina Renae Valdez**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 25th day of July, 2024.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 7454C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.