**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| DONNA BEY | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-00708 |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON | § | |
| | § | |
| | § | |
| Defendant. | § | |

**LIST OF ENTITIES THAT ARE FINANCIALLY INTERESTED IN THE OUTCOME OF THIS LITIGATION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DONNA BEY, Plaintiff in the above-entitled and numbered cause, and files this it's List of Legal Entities that are financially interested in the outcome of this litigation and would show unto this Honorable Court as follows:

1. DONNA BEY is the Plaintiff and financially interested in the outcome of this litigation.

2. Marc Whitehead & Associates is Plaintiff's attorney and financially interested in the outcome of this litigation.

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW, LLP

By: /s/ Selina Valdez____________________
Selina Valdez
Tex. Bar No. 24121872
Fed. I.D. No. 3633062
selina@marcwhitehead.com
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
ATTORNEY-IN-CHARGE
FOR PLAINTIFF, DONNA BEY