**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DONNA BEY,** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 4:24-cv-00708-JM**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** **DEFENDANT**

**DEFENDANT'S DISCLOSURE STATEMENT**

Defendant Lincoln Life Assurance Company of Boston ("Lincoln") files this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and shows the Court as follows:

1. **Lincoln Life Assurance Company of Boston** has merged with, and is now known as, **The Lincoln National Life Insurance Company**, an Indiana insurance company.

2. The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

Dated this 21st day of November 2024.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Arkansas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Daniel A. Webb, Esq.
dwebblaw@att.net

Selina Valdez
Email: selina@marcwhitehead.com

November 21, 2024 — Date

/s/ Iwana Rademaekers — Iwana Rademaekers