**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DONNA BEY,** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 4:24-cv-00708-JM**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** **DEFENDANT**

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Donna Bey and Defendant Lincoln Life Assurance Company of Boston hereby give notice that this case has settled. The parties are working on finalizing settlement documents at this time. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated this 13th day of January 2025.

Respectfully submitted,

By: /s/ Selina Renae Valdez

Selina Renae Valdez (Texas Bar # 24121872)
Admitted *Pro Hac Vice*
MARC WHITEHEAD & ASSOCIATES
403 Heights Boulevard
Houston, TX 77007
713-228-8888
Fax: 713-225-0940
Email: selina@marcwhitehead.com

And

Daniel A. Webb, Ark. Bar No. 2000113
111 Center Street, Suite 1200
Little Rock, Arkansas 72201
Phone: (501) 372-2400
Email: dwebblaw@att.net

ATTORNEYS FOR PLAINTIFF

**- AND -**

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Arkansas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Daniel A. Webb, Esq.
dwebblaw@att.net

Selina Valdez
Email: selina@marcwhitehead.com

January 13, 2025 — Date

/s/ Iwana Rademaekers — Iwana Rademaekers